UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER MONTGOMERY,

    Plaintiff,

v.

ELI LILLY & CO.,

    Defendant.

Case No. 06-cv-717-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff Christopher Montgomery against defendant Eli Lilly & Co., in this case, are **DISMISSED without prejudice**.

**DATE: April 11, 2007.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

APPROVED: s/ J. Phil Gilbert
               J. PHIL GILBERT
               U.S. District Judge